# Exhibit A

## to

## Complaint
## for Patent Infringement

## The '723 Patent



US008855723B2

(12) **United States Patent**
Lynch, III

(10) Patent No.: **US 8,855,723 B2**
(45) Date of Patent: **Oct. 7, 2014**

(54) **TEMPORAL INCOMING COMMUNICATION NOTIFICATION MANAGEMENT**

(76) Inventor: **Peter J. Lynch, III**, Fredericksburg, VA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 214 days.

(21) Appl. No.: **13/244,679**

(22) Filed: **Sep. 25, 2011**

(65) **Prior Publication Data**

US 2013/0077774 A1     Mar. 28, 2013

(51) **Int. Cl.**
*H04M 1/00*          (2006.01)

(52) **U.S. Cl.**
USPC ......................................... **455/567**; 709/206

(58) **Field of Classification Search**
USPC ......... 379/188, 93.01, 93.02, 210.02, 207.16, 379/142.04
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,456,706 | B1 | 9/2002 | Blood |
| 6,882,709 | B1 * | 4/2005 | Sherlock et al. ........... 379/90.01 |
| 7,512,662 | B2 | 3/2009 | Lyle et al. |
| 7,650,333 | B2 | 1/2010 | Li et al. |
| 7,814,163 | B2 | 10/2010 | Lee |
| 7,835,294 | B2 | 11/2010 | Shuster |
| 7,922,264 | B2 * | 4/2011 | Baumann et al. ........... 303/115.2 |
| 7,925,304 | B1 * | 4/2011 | Gailloux et al. .............. 455/563 |
| 7,945,954 | B2 | 5/2011 | Coueignoux |
| 8,160,220 | B2 * | 4/2012 | Pfleging et al. ........... 379/142.01 |
| 8,548,152 | B2 * | 10/2013 | Leister et al. ........... 379/220.01 |
| 2005/0164720 | A1 | 7/2005 | Huang |
| 2006/0019684 | A1 | 1/2006 | Yu et al. |
| 2007/0211877 | A1 * | 9/2007 | Martin et al. ........... 379/210.02 |
| 2008/0114847 | A1 | 5/2008 | Ma et al. |

| | | | |
|---|---|---|---|
| 2008/0270540 | A1 | 10/2008 | Larsen |
| 2008/0317229 | A1 | 12/2008 | Boss et al. |
| 2009/0041220 | A1 * | 2/2009 | Aupperle et al. ........ 379/207.16 |
| 2009/0086953 | A1 | 4/2009 | Vendrow |
| 2009/0088168 | A1 | 4/2009 | Varanasi |
| 2009/0094333 | A1 | 4/2009 | Kyprianou |
| 2009/0149203 | A1 | 6/2009 | Backholm et al. |
| 2009/0209243 | A1 | 8/2009 | Brown |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          2 091 217      8/2009

OTHER PUBLICATIONS

PRIVACYSTAR, PrivacyStar Announces SMS ID and Directory Assistance for Android; Android Users Can Now ID Unknown Text Messages and Utilize Voice Activated Directory Assistance with Mapping Feature, PR Newswire (U.S.), May 19, 2011.

(Continued)

*Primary Examiner* — Maria El-Zoobi
(74) *Attorney, Agent, or Firm* — Christopher Paul Mitchell

(57) **ABSTRACT**

Smart phone computer app. The method may include, if a number of an incoming phone call or incoming text message is not temporally allowed, not allowing for notification of the incoming phone call or incoming text according to a normal notification routine and generating a notification of the incoming call or incoming text according to a password-protected masked notification routine of the smart phone, wherein the password-protected masked notification routine of the smart phone includes adding an indication of the incoming phone call or incoming text message to a password-protected phone log or message log of the smart phone and precludes immediately displaying the incoming phone call or incoming text message information on a display of the smart phone, and further precludes adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone.

**20 Claims, 31 Drawing Sheets**



## US 8,855,723 B2
Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2009/0264116 | A1 | 10/2009 | Thompson |
| 2009/0292784 | A1 | 11/2009 | Leedberg |
| 2009/0325646 | A1 * | 12/2009 | Stewart et al. ............... 455/567 |
| 2010/0169448 | A1 * | 7/2010 | Appelman et al. ............ 709/206 |
| 2010/0208877 | A1 * | 8/2010 | Meriaz et al. ............ 379/142.04 |
| 2011/0130168 | A1 | 6/2011 | Vendrow et al. |
| 2011/0131279 | A1 | 6/2011 | Karnik |

OTHER PUBLICATIONS

MBLWARE INC., BlackBook—Hide your contacts and conversations, BlackBerry AppWorld.
Hidden Contacts v1.02 s60v3 s60.

* cited by examiner



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



602

604

600

Figure 6



Figure 7



Figure 8



Figure 9



Figure 10



Figure 11



Figure 12



Figure 13



Figure 14

Figure 15



Figure 16



Figure 17



Figure 18



Figure 19



Figure 20

U.S. Patent          Oct. 7, 2014          Sheet 21 of 31          US 8,855,723 B2



Figure 21

U.S. Patent          Oct. 7, 2014          Sheet 22 of 31          US 8,855,723 B2



Figure 22



Figure 23



Figure 24



Figure 25



Figure 26



Figure 27



Figure 28



Figure 29



Figure 30

U.S. Patent          Oct. 7, 2014          Sheet 31 of 31          US 8,855,723 B2



Figure 31

US 8,855,723 B2

**1**

## TEMPORAL INCOMING COMMUNICATION NOTIFICATION MANAGEMENT

### BACKGROUND

1. Field

Embodiments of the present invention relate generally to smartphones. More particularly, embodiments of the present invention relate to temporal incoming communication notification management for smartphones.

2. Description of the Related Art

Smart phones are a part of contemporary life. While capable of traditional voice calls, smart phones offer considerable additional functionality. For example, smart phones can be used to send and receive text messages, surf the Internet, and manage a personal calendar. FIG. **1** is a schematic representation of an exemplary home screen **100** displayed on a display of an exemplary smartphone. The exemplary home screen **100** may be displayed with a notification bar **102** that may communicate information such as phone signal strength via a phone signal strength indicator **104** and the current time **106**. The exemplary home screen **100** may also be displayed with a control **108** to launch a menu of, for example, software applications ("apps") executable by the smart phone.

Even in conjunction with traditional voice calls, smart phones offer extended capabilities relative to their land-based predecessors. For example, according to a default notification routine of a smartphone, incoming phone calls are visually indicated on a display of the smart phone. FIG. **2** is a schematic representation of an exemplary visual indication **200** of an incoming call on the smartphone display. As shown in FIG. **2**, the exemplary visual indication includes, among other items, an indication of the phone number **202** of an incoming phone call (and data associated therewith such as a caller's name **204** or picture/icon **206**). As further shown in FIG. **2**, the notification bar **102** also includes a missed incoming call notification **208** indicating another earlier phone call that was not answered. Incoming phone calls may be additionally indicated with a ring tone or alternatively the smartphone may vibrate to quietly indicate the call. Incoming calls, whether answered or not, are automatically logged in a call log making it easier for a user to see calls received by the smart phone. FIG. **3** is a schematic representation of an exemplary call log **300** of the smartphone of FIG. **1**. As shown in FIG. **3**, the exemplary call log **300** includes a list of the phone numbers (or data associated therewith such as names **302**), duration **308**, and timestamp **310** for answered calls **304**, missed calls, and outgoing calls **306**.

According to the default notification routine of the smart phone, text messages are handled similarly to voice calls. Incoming text messages may be visually indicated on the display of the smart phone. FIG. **4** is a schematic representation of an exemplary visual indication **400** of an incoming text message on the smartphone display. As shown in FIG. **4**, the exemplary visual indication **400** of the incoming text message **55** is displayed as temporarily appearing text in the notification bar **102**. Thereafter, a text message notification such as a message icon (similar to the missed incoming call notification **208**) is displayed on the notification bar **102**. Incoming text messages may also be audibly indicated with an audible alert or alternatively the phone may vibrate to quietly indicate the incoming text message. Incoming text messages are automatically logged to a message log from which a user may access the text message for review and response (i.e., messages are placed within or made accessible from an inbox). FIG. **5** is a schematic representation of an exemplary message log **500** of the smart phone of FIG. **1**. The exemplary message

**2**

log **500** includes a list of both unread text messages (i.e., new text messages) and read text messages **502**. Upon selecting a text message **502**, a user may read the entire contents of that text message **502** and may respond thereto.

Despite the extended notification capabilities of smart phones, additional notification options are desirable.

### BRIEF SUMMARY

According to an aspect of the invention, a method of a smart phone including a processor, a memory coupled to the processor, and a display. The method may include receiving into a user interface of the smart phone, indications of temporally authorized or unauthorized phone numbers, receiving into the user interface of the smart phone, indications of time periods during which the temporally authorized or unauthorized phone numbers are temporally authorized or unauthorized, generating a list of temporally authorized or unauthorized phone numbers and time periods based on said received indications of temporally authorized or unauthorized phone numbers and time periods, storing the list of temporally authorized or unauthorized phone numbers and time periods in the memory of the smart phone, and comparing, using instructions executed by the processor of the smart phone, phone numbers and times of incoming phone calls and incoming text messages against the list of temporally authorized or unauthorized phone numbers and time periods. If a number of an incoming phone call or incoming text message and is temporally allowed, the method may include allowing for notification of the incoming phone call or incoming text messages according to a default notification routine of the smart phone. If the number of the incoming phone call or incoming text message is not temporally allowed, the method may not allowing for notification of the incoming phone call or incoming text according to the normal notification routine and generating a notification of the incoming call or incoming text according to a password-protected masked notification routine of the smart phone. The default notification routine of the smart phone may include immediately displaying incoming phone call or incoming text message information on the display of the smart phone and adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone. The password-protected masked notification routine of the smart phone may include adding an indication of the incoming phone call or incoming text message to a password-protected phone log or message log of the smart phone and preclude immediately displaying the incoming phone call or incoming text message information on the display of the smart phone, and further preclude adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone.

The foregoing and other aspects will become apparent from the following detailed description when considered in conjunction with the accompanying drawing figures.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic representation of an exemplary home screen **100** displayed on a display of an exemplary smartphone.

FIG. **2** is a schematic representation of an exemplary visual indication **200** of an incoming call on the smartphone display.

FIG. **3** is a schematic representation of an exemplary call log **300** of the smartphone of FIG. **1**.

US 8,855,723 B2

**3**

FIG. **4** is a schematic representation of an exemplary visual indication **400** of an incoming text message on the smartphone display.

FIG. **5** is a schematic representation of an exemplary message log **500** of the smart phone of FIG. **1**.

FIG. **6** is a schematic representation of an exemplary smartphone **600**.

FIG. **7** is a schematic representation of an exemplary home screen **700** displayed on a display of the smartphone **600** of FIG. **6**.

FIG. **8** is a schematic representation of a main user interface **800** of a temporal incoming communication notification management app according to an exemplary embodiment of the present invention.

FIGS. **9-16** are schematic representations of screens and dialogs of the temporal incoming communication notification management app of claim **8**.

FIGS. **17-25** are schematic representations of screens and dialogs of a temporal incoming communication notification management app according to another exemplary embodiment of the present invention.

FIGS. **26-30** are schematic representations of screens of a temporal incoming communication notification management app according to another exemplary embodiment of the present invention.

FIG. **31** is a schematic representation of a method of a smartphone according to an exemplary embodiment of the present invention.

DETAILED DESCRIPTION

Reference will now be made in detail to embodiments of the present invention, examples of which are illustrated in the accompanying drawings, wherein like reference numerals refer to the like elements throughout. The embodiments are described below to explain the present invention by referring to the figures.

"As used in the description of this application, the terms "a", "an" and "the" may refer to one or more than one of an element (e.g., item or act). Similarly, a particular quantity of an element may be described or shown while the actual quantity of the element may differ. The terms "and" and "or" may be used in the conjunctive or disjunctive sense and will generally be understood to be equivalent to "and/or". Elements from an embodiment may be combined with elements of another. No element used in the description of this application should be construed as critical or essential to the invention unless explicitly described as such. Further, when an element is described as "connected," "coupled," or otherwise linked to another element, it may be directly linked to the other element, or intervening elements may be present."

For a variety of reasons, a user of a smartphone may desire certain incoming phone calls and text messages not to be handled according to a default notification routine of the smartphone (or conversely that only certain incoming phone calls or text messages are handled according to the default notification routine). While call blocking, message filtering, and even some examples of contact privacy have been disclosed in the art, a user may desire temporal management of incoming phone calls and text messages.

In one example, a user (e.g., an undercover police officer) may during a time period be in certain company (e.g., with a criminal suspect) that the user may not want to know of phone calls or text messages from a particular entity (e.g., a phone call from the police station). Simply turning the ringer of the smartphone off may not be enough. For example, even if the

**4**

ringer is off, the criminal suspect may get the opportunity to browse the phone and may see the police station in the undercover police officer's call log.

In another example, a user may not wish to receive even notifications of phone calls or text messages with the exception of calls or text messages from a specific person (e.g., the user's babysitter) during a time period (e.g., while on a date with the user's spouse). If the user leaves the phone off, the babysitter cannot get through. If the user leaves the phone on, the user may still receive notifications of phone calls or text messages either by, for example, a visual indication on the screen, or by reviewing a call log to check for missed calls from the babysitter. While such may seem minor, such an unwanted notification may cause stress and anxiety, and may negatively impact the user's date. For example, if a notification indicates the user's work place is trying to reach the user, such a notification may cause stress and anxiety.

In yet another example, an entity (e.g., a corporation) may desire for users of entity-provided phones (e.g., employees) only to receive phone calls and text messages from particular people (e.g., other employees) during one time period (e.g., during work hours). The entity may desire for users not to receive any phone calls or text messages during another time period (e.g., during non-work hours). If the entity requests users to turn in their phones at the end of the day, keeping track of phones may become burdensome. Further, limiting users of entity-provided phones to receive phone calls and text messages from particular people may be difficult.

Accordingly, temporal management of incoming phone calls and text messages according to a password-protected masked notification routine is needed for smart phones. That is, incoming calls and texts may be filtered to either be delivered according to a default notification routine or according to the password-protected masked notification routine. Filtering may be based on a time and date and on a phone number of an incoming phone call or text message.

FIG. **6** is a schematic representation of an exemplary smartphone **600**. The smart phone may include a display **602** (that may function as a user interface such as a touchscreen), a user interface **604**, a processor, a memory coupled to the processor, a transmitter, and a receiver. The smartphone described herein may be a smart phone running an Android-based operating system from Google Inc. The smartphone may be any appropriate device. For example, the smartphone may be an IPhone smartphone from Apple Inc. or a Black-Berry smartphone from Research In Motion Limited. Further, because the smartphone **600** is described in the context of an Android-based operating system, the embodiments are described with reference to, for example, activities. The principles and spirit of the invention may be implemented in alternative structures, modules, or the like, now known or later developed, causing a computing device to operate according to computer program instructions.

FIG. **7** is a schematic representation of an exemplary home screen **700** displayed on a display of the smartphone **600** of FIG. **6**. The home screen **700** may include an icon **702** for launching a temporal incoming communication notification management app according to an embodiment of the present invention. Alternatively, a specific key sequence (e.g., inputting a specific sequence of characters) or screen swipe pattern (e.g., moving a finger in a specific pattern on the touch screen) could be used to launch the temporal incoming communication notification management app. In a further exemplary embodiment, an icon for launching the temporal incoming communication notification management app may periodically (e.g., monthly or manually) change in appearance so as to be less detectable of the app to people other than the user.

US 8,855,723 B2

**5**

The user may, for example, pay a fee to receive automatically changing icons or new icons. In yet another exemplary embodiment, a combination of changing icons, specific key sequences, and screen swipes may be used in an attempt to lessen the detectability of the app to people other than the user. The incoming communication notification management app may be stored in the memory of the smartphone **600**. The memory of the smart phone may include, for example, a built-in memory device or an removable memory device. In this exemplary embodiment, the incoming communication notification management app may run entirely on the smartphone **600**.

During the launch of the temporal incoming communication notification management app, the user may be prompted to enter a password which may be checked similarly as described below with respect to the password for logs activity. During the launch of the temporal incoming communication notification management app, a splash file may be displayed, for example, a splash screen may be displayed and contacts from the smartphone's contact list may be retrieved. The temporal incoming communication notification management app may include a database. The database may include a masked list table, a messages received table, a calls received table, a password table, and an allowed list table. When the contacts from the smartphone's contact list are retrieved, the masked list table and allowed list table may be synchronized with the contacts from the smartphone's contact list. The launch may complete with the start of a main activity of the temporal incoming communication notification management app.

In the main activity, a main user interface may be displayed. FIG. **8** is a schematic representation of a main user interface **800**. The main user interface **800** may include a title bar **802**, a main screen **804**, a filter logs tab **806**, a blocked (or "masked") list tab **808**, and an allowed list tab **810**. The filter logs tab **806** may be in a selected state, and the main screen **804** may include a blocked (or "masked") messages button **812**, a blocked (or "masked") calls button **814**, and a display area **816**. The title bar **802** may include a help button **818**. It should be noted that call and message data may not be actually blocked, but may instead be received by the smartphone **600** and masked or hidden. It may be certain notifications of call and message data that are, in a sense, blocked.

Upon selecting the masked messages button **802** for the first time, or upon selecting the masked calls button **804** for the first time, a set password activity may start. Otherwise, upon selecting the masked messages button **802**, or upon selecting the masked calls button **804**, a password for logs activity may start.

In the set password activity, the user may enter a password, confirm that password and press an OK button. The password may then be stored in the password table in the database. The password may be encrypted using a password encryption activity before it is stored in the database.

In the password for logs activity, a password screen may be displayed. FIG. **9** is a schematic representation of an exemplary password screen **900**. The password screen **900** may be displayed with the title bar **802**, the filter logs tab **806**, the masked list tab **808**, and the allowed list tab **810**. The password screen **900** may include an input field **902** for receiving a password from a user. The password screen **900** may further include an OK button **904** and a cancel button **906**. When a user enters a password into the input field **902** and selects the OK button **904**, the entered password may be checked against the encrypted password stored in the database. The password in the database may be decrypted before comparing it with the password entered by the user. If the passwords match, a

**6**

messages from database activity may be started (if the masked messages button **812** was selected) or a calls from database activity may be started (if the masked calls button **814** was selected). It should be noted that two levels of password protection have now been discussed: (1) during the launch of the temporal incoming communication notification management app, and (2) during the password for logs activity. These passwords may be the same or different.

In the messages from database activity, a masked messages screen may be displayed. FIG. **10** is a schematic representation of an exemplary masked messages screen. The masked messages screen may include a list of both unread text messages (i.e., new text messages) and read text messages. The text messages may include SMS messages. As discussed an another exemplary embodiment below, the text messages may include MMS messages. The principles and spirit of the invention may be implemented for masking other types of communications (e.g., other picture types, video types, etc.) that are now known or later developed. Upon selecting a text message, the text message may be retrieved from the messages received table of the database and the user may read the entire contents of that text message and may respond thereto.

In the calls from database activity, a masked calls screen may be displayed. FIG. **11** is a schematic representation of an exemplary masked calls screen. The masked calls screen may include a list of the phone numbers (or data associated therewith such as names and timestamps). The phone numbers (or data associated therewith such as names and timestamps), may be retrieved from the calls received table of the database. Alternatively, upon selecting a phone number (or data associated therewith such as a name), details of the respective number (e.g., a timestamp) may be retrieved from the database and displayed.

Upon selecting the masked list tab **808**, a masked contacts activity may start. In the masked contacts activity, a masked contacts screen may be displayed. FIG. **12** is a schematic representation of an exemplary masked contacts screen **1200**. The masked contacts screen **1200** may be displayed with the title bar **802**, the filter logs tab **806**, the masked list tab **808**, and the allowed list tab **810**. The masked contacts screen **1200** may include a list of phone numbers **1202** that may be temporally masked from visual display of messages, calls, or both messages and calls. The phone numbers **1202** may be stored in the masked list table in the database. The masked contacts activity may retrieve all of the phone numbers **1202** stored in the masked list table of the database and display the phone numbers **1202**. For each phone number **1202**, the masked contacts screen **1200** may further include a text mask button **1204**, a call mask button **1206**, and a select button **1208**. Text mask buttons **1204** and call mask buttons **1206** may be red or green in color. The select button may contain a green checkmark if selected, or a faded checkmark if not selected.

If a text mask button **1204** is green, notification of incoming text messages from that phone number **1202** may occur according to a default notification routine of the smart phone. Similarly, if a phone mask button **1206** is green, notification of incoming phone calls from that phone number **1202** may occur according to a default notification routine.

If a text mask button **1204** is red, during a specified period, notification of text messages from that phone number **1202** may occur according to a password-protected masked notification routine. Similarly, if a mask block button **1206** is red, during a specified period, notification of phone calls from that phone number **1202** may occur according to a password-protected masked notification routine.

A sms receiver activity and a call receiver activity may run to compare the phone number phone **1202** and time of an

US 8,855,723 B2

7                                                                              8

incoming phone call or an incoming text message against the allowed list and the masked list. Depending on the result of such comparison, notification of the text message or phone call from the phone number **1202** may occur according to either the default notification routine or the password-protected masked notification routine. The time of the incoming phone call or incoming text message may include a calendar date.

A default notification routine may include immediately displaying incoming phone call or incoming text message information on the display of the smart phone and adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone.

The password-protected masked notification routine of the smart phone may include adding an indication of the incoming phone call or incoming text message information to a password-protected phone log or message log of the smart phone and may not include immediately displaying the incoming phone call or incoming text message information on the display of the smart phone, and further may not include adding an indication of the incoming phone call or adding the incoming text message to a default phone log or message log of the smart phone. The password-protected masked notification routine of the smartphone may further not include audible indication of the incoming phone call or incoming text message (e.g., the phone may not ring or a message or call notification may not sound). The indication of the incoming phone call or incoming text message may be added as an entry to the calls received table or message received table of the database. With respect to incoming calls, they are not blocked from receipt, but instead are transferred to voicemail without any notification of receipt of the voicemail (e.g., tone indication if a user is currently talking on the phone). It should again be noted that data in the calls received table and in the message received table may be password protected.

For a given phone number **1202**, the text mask button **1204**, the phone mask button **1206**, or both the text mask button **1204** and call mask button **1206** may be red. In other words, a phone number may be temporally masked from visual display for incoming phone calls and incoming text messages independently. If both the text mask button **1204** and the phone mask button **1206** are green for a particular phone number, that phone number may be removed from the masked list table in the database.

Upon selecting a text mask button **1204** or a phone mask button **1206**, a set temporal mask activity may start. In the set temporal mask activity, a set temporal mask screen may be displayed. FIG. **13** is a schematic representation of an exemplary set temporal mask screen **1300**. The set temporal mask screen **1300** may include temporal mask start button **1302**, a temporal mask start date and time indicator **1304**, a temporal mask end button **1306**, a temporal mask end date and time indicator **1308**, an OK button, and a cancel button **1312**.

When the temporal mask start button **1302** is selected, the temporal mask start date and time indicator **1304** may receive a temporal mask start date and time input from the user. When the temporal mask end button **1306** is selected, the temporal mask end date and time indicator **1308** may receive a temporal mask start date and time input from the user. The temporal mask start and end time and date indicators **1304**, **1308** may indicate the starting time and ending time. During the specified period, notifications of either incoming phone calls or text messages from the phone number **1202** may occur according to the password-protected masked notification routine. If a user does not enter temporal mask start and end times and dates, notifications of either incoming phone calls or text

messages from the phone number **1202** may be continuously according to the password-protected masked notification routine.

During the masked contacts activity, a user may select a menu button from a keypad of the smart phone. A list of menu items may be displayed. The list of menu items may include an add from contacts menu item, an add manually menu item, an add from call log menu item, an add from message log menu item, and a mark all/clear all menu item. The add from contacts menu item may be selected to add contacts from the smart phone's contact list to the masked list table in the database. The add manually menu item may be selected to add a contact manually to the masked list table. The add from call log menu item may be selected to add contacts from the smart phone's call log. The add from message log menu item may be selected to add contacts from the smart phone's message log. The mark all/clear all menu item may be selected to select all or deselect all contacts.

Upon selecting the add from contacts menu item, an add from contacts activity may start, and all contacts from the smart phone's contact list may be displayed. From this list of contacts, one or more contacts may be selected and added to the masked list table. Upon selection of a contact, an add from contacts dialog may be displayed. FIG. **14** is a schematic representation of an exemplary add from contacts dialog **1400**. The add from contacts dialog **1400** may include a clear checked menu item **1402**, a mark all menu item **1404**, an add to mark list menu item **1406**, and a cancel button **1408**. Upon selecting the add to mark list menu item **1406**, a temporal mask start and end date and time may be entered and the contact may be selected for inclusion in the masked list table of the database. Upon selecting the mark all list menu item **1404**, all contacts may be selected for inclusion in the masked list table of the database. Upon selecting the clear checked menu item **1402**, the contact may be deselected for inclusion in the masked list table of the database.

Upon selecting the add manually menu item, an add manually activity may start. During the add manually activity, a user may enter a number manually and a temporal mask start and end date and time may be entered that will be added to the masked list table of the database.

Upon selecting the add from call log menu item, an add from call log activity may start, and all contacts from the smart phone's call log may be displayed. From this list of contacts, one or more contacts may be selected and added to the masked list table similarly to contacts being selected and added during the add from contacts activity.

Upon selecting an add from message log menu item, an add from message log activity may start, and all contacts from the smart phone's message log may be displayed. From this list of contacts, one or more contacts may be selected and added to the masked list table similarly to contacts being selected and added during the add from contacts activity.

Upon selecting the allowed list tab **810**, an allowed list activity may start. In the allowed list activity, an allowed contacts screen may be displayed. FIG. **15** is a schematic representation of an exemplary allowed contacts screen **1500**. The allowed contacts screen **1500** may be displayed with the title bar **802**, the filter logs tab **806**, the masked list tab **808**, and the allowed list tab **810**. The allowed contacts screen **1500** may include a list of phone numbers **1502** that may not be temporally masked from receiving either messages or calls. A number is an allowed number if it is not included in the masked list table of the database. Each phone number **1502** in the allowed list table of the database is checked against the masked list table of the database. If a phone number is found on the masked list table of the database, it

US 8,855,723 B2

9 10

may not be included on the list of phone numbers that may not be temporally masked from receiving either messages or calls. For each phone number **1502**, the allowed contacts screen **1500** may include a select button **1504**. The select button **1504** may contain a green checkmark if selected, or a faded checkmark if not selected.

Upon selecting a select button **1504**, a modify allowed dialog may be displayed. FIG. **16** is a schematic representation of an exemplary modify allowed dialog **1600**. The modify allowed dialog **1600** may include a move marked to masked list menu item **1602**, a clear all menu item **1604**, and a cancel button **1606**. Upon selecting the move marked to masked list menu item **1602**, the selected phone number may be removed from the allowed list table and added to the masked list table and may no longer be displayed on the allowed contacts screen **1500**. Upon selecting the clear all menu item, all select buttons **1504** for all phone numbers **1502** displayed on the allowed contacts screen **1500** may be marked not selected (e.g., show a faded check mark).

During the allowed contacts activity, a user may select a menu button from a keypad (i.e., a user interface) of the smart phone. A list of menu items may be displayed. The list of menu items may include an item from contacts menu item, an add from call log menu item, an add from message log menu item, and a mark all/clear all menu item. The add from contacts menu item may be selected to add contacts from the smart phone's contact list to the allowed list table in the database. The add from call log menu item may be selected to add contacts from the smart phone's call log. The add from message log menu item may be selected to add contacts from the smart phone's message log. The mark all/clear all menu item may be selected to select all or deselect all contacts.

Upon selecting the add from contacts menu item, an add from contacts activity may start, and all contacts from the smart phone's contact list may be displayed. From this list of contacts, one or more contacts may be selected and added to the allowed list table.

Upon selecting the add from call log menu item, an add from call log activity may start, and all contacts from the smart phone's call log may be displayed. From this list of contacts, one or more contacts may be selected and added to the allowed list table similarly to contacts being selected and added during the add from contacts activity.

Upon selecting an add from message log menu item, an add from message log activity may start, and all contacts from the smart phone's message log may be displayed. From this list of contacts, one or more contacts may be selected and added to the allowed list table similarly to contacts being selected and added during the add from contacts activity.

Upon selecting the help button **818**, a show help activity may be launched, and a help dialog may be displayed. The contents of the help dialog may vary depending on an activity that is active when the show help activity is launched.

FIGS. **17-25** are schematic representations of a temporal incoming communication notification management app according to another exemplary embodiment. Certain elements may be similar to the above exemplary embodiment and a discussion thereof is omitted in the interest clarity. Instead, only some similar elements are discussed along with certain differences. In this exemplary embodiment, temporal time periods may be managed through the use of profiles.

FIG. **17** is a schematic representation of an exemplary masked contact screen **1700** that may be displayed during a masked contacts activity. The masked contacts screen **1700** may be displayed with a title bar, a filter logs tab, the masked list tab, an allowed list tab, and, further, with a profile list tab **1710**. The masked contacts screen **1700** may include a list of

phone numbers **1702** that may be temporally masked from receiving messages, calls, or both messages and calls. The phone numbers **1702** may be stored in a masked list table in a database. The masked contacts activity may retrieve, for all active profiles, all of the phone numbers **1702** stored in the masked list table of the database and display the phone numbers **1702**. For each phone number **1702**, the masked contacts screen **1700** may further include a text mask button **1704**, a call mask button **1706**, and a select button **1708**. text mask buttons **1704** and call mask buttons **1706** may be red or green in color. The select button **1708** may contain a green checkmark if selected, or a faded checkmark if not selected.

If a text mask button **1704** is green, notification of incoming text messages from that phone number **1702** may occur according to a default notification routine of the smart phone. Similarly, if a phone mask button **1706** is green, notification of incoming phone calls from that phone number **1702** may occur according to a default notification routine.

If a text mask button **1704** is red, during a specified period, notification of text messages from that phone number **1702** may occur according to a password-protected masked notification routine. Similarly, if a phone mask button **1706** is red, during a specified period, notification of phone calls from that phone number **1702** may occur according to a password-protected masked notification routine.

For a given phone number **1702**, the text mask button **1704**, the phone mask button **1706**, or both the text mask button **1704** and call mask button **1706** may be red. In other words, a phone number may be temporally blocked for incoming phone calls and incoming text messages independently. If both the text mask button **1704** and the phone mask button **1706** are changed to green for a particular phone number, that phone number may be removed from the masked list table in the database. FIG. **18** is a schematic representation of a delete confirmation dialog **1800** that may displayed when both the text mask button **1704** and the phone mask button **1706** are both changed to green. The delete confirmation dialog **1800** includes a yes button **1802** and a no button **1804**. If the yes button **1802** is selected, the contact is removed from the masked list table in the database.

Upon selecting a single phone number **1702**, a text mask button **1704**, or a phone mask button **1706**, a set single number block dialog may be displayed for the selected phone number. FIG. **19** is a schematic representation of an exemplary set single number mask dialog **1900**. The set single number mask dialog **1900** may include a delete from masked list menu item **1902**, a mask message menu item **1904**, a mask call menu item **1906**, a mask both menu item **1908**, and a cancel button **1910**. Upon selecting the delete from masked list menu item **1902**, the phone number **1702** may be removed from the masked list table of the database. Upon selecting the mask message menu item **1904** or the mask call menu item **1906**, the selected phone number **1702** may be added or remain on the masked list table indicating either text messages or phone calls, respectively, should be according to the password-protected masked notification routine. Upon selecting the mask both menu item **1908**, the phone number **1702** may be added or remain on the masked list table indicating both text messages and phone calls should be according to the password protected masked notification routine. The text mask button **1704** and phone mask button **1706** for the selected phone number may be updated accordingly (displayed in green or red according to the user's selection).

Upon selecting multiple phone numbers **1702** using select buttons **1708**, a set multiple numbers mask dialog may be displayed for the selected phone numbers. FIG. **20** is a schematic representation of an exemplary set multiple numbers

US 8,855,723 B2

11

mask dialog **2000**. The set multiple numbers block dialog **2000** may include a delete marked from masked list menu item **2002**, a mask messages for marked menu item **2004**, a mask call for marked menu item **2006**, a mask both for marked menu item **2008**, and a cancel button **2010**. Upon selecting the delete marked from masked list menu item **2002**, the selected phone numbers **1702** may be removed from the masked list table of the database. Upon selecting the mask message menu item **2004** or the mask call menu item **2006**, the selected phone numbers **1702** may be added or remain on the masked list table indicating either text messages or phone calls, respectively, should be according to the password-protected masked notification routine. Upon selecting the mask both for marked menu item **2008**, the selected phone number **1702** may be added or remain on the masked list table indicating both text messages and phone calls should be according to the password protected masked notification routine. The text mask button **1704** and phone mask button **1706** for each selected phone number **1702** may be updated accordingly (displayed in green or red according to the user's selection).

During the masked contacts activity, a user may select a menu button from a keypad of the smart phone. A list of menu items may be displayed. FIG. **21** is a schematic representation of an exemplary list of menu items. The list of menu items may include an add from contacts menu item **2102**, an add manually menu item **2104**, an add from call log menu item **2106**, an add from message log menu item **2108**, and a mark all menu item **2110**. The add from contacts menu item **2102** may be selected to add contacts from the smart phone's contact list to the masked list table in the database. The add manually menu item **2104** may be selected to add a contact manually to the masked list table. The add from call log menu item **2106** may be selected to add contacts from the smart phone's call log. The add from message log menu item **2108** may be selected to add contacts from the smart phone's message log. The mark all menu item **2110** may be selected to select all or deselect all contacts.

As noted above, the present embodiment may include a profile list tab **1710**. Upon selecting the profile list tab **1710**, a profile list screen may be displayed. FIG. **22** is a schematic representation of an exemplary profile list screen **2200**. The profile list screen **2200** may be displayed with the title bar, the filter logs tab, the masked list tab, the allowed list tab, and the profile list tab. However, upon selecting the menu button of the keypad of the smart phone, a list of menu items may be displayed. As shown in FIG. **22**, the list of menu items may be displayed over the filter logs tab, the masked list tab, the allowed list tab, and the profile list tab. The list of menu items may include a create profile menu item **2202** and a mark all menu item **2204**.

The profile list screen **2200** may include a default profile **2206**. The default profile **2206** may not be deleted. A user may create any number of additional profiles **2208** beyond the default profile **2206**. A user may create an additional profile **2208** by selecting the create profile menu item **2202**. The default profile **2206** may only be active when there is no other active additional profile **2208**. However, multiple additional profiles **2208** may be active at the same time. Phone numbers **1702** may be added to one or more of the default profile **2206** and any additional profiles **2208**.

Each additional profile **2208** may include a profile identifier **2210**, a select button **2212**, and an ON/OFF button **2214**. The select button may contain a green checkmark if selected, or a faded checkmark if not selected. If the additional profile **2208** is not activated, the ON/OFF button **2214** may display the text "OFF". As shown in FIG. **23**, if the ON/OFF button

12

**2214** is then selected, the additional profile **2208** may be activated and the ON/OFF button **2214** may display the text "ON", and the background of the active profiles may be highlighted. When one or more additional profiles **2208** are activated, the default profile **2206** may be inactive. As shown in FIG. **23**, additional profiles **2208** unnamed **1** and unnamed **3** are active while default profile **2206** and additional profile **2208** unnamed **2** are inactive.

Additional profiles **2208** may be deleted and settings of default profile **2206** and any additional profiles **2208** may be may reviewed by selecting on the profile and selecting a desired option from a dialog that may appear after selecting the profile.

Upon selecting the create profile menu item **2202**, an add profile screen may be displayed. FIG. **24** is a schematic representation of an exemplary add profile screen **2400**. The add profile screen **2400** may include a name input field **2402**, a start button **2404**, an end button **2406**, an OK button **2408**, and a cancel button **2410**. When the start button **2404** is selected, a profile start date and time may be entered. When the end button **2406** is selected, a profile stop date and time may be entered. A user may select the OK button **2408** to confirm the selections.

Upon selecting the default profile **2206** or any additional profile **2208**, a settings screen may be displayed. FIG. **25** is a schematic representation of an exemplary settings screen **2500**. The settings screen **2500** may include a name field **2502**, a start button **2504**, an end button **2506**, an OK button **2508**, a cancel button **2510**, an activation button **2516**, a start date and time indicator **2512** and an end date and time indicator **2514**. When the activation button **2516** is selected, the profile may be activated, and filtering may occur during the specified period. The start and end date and time indicators **2512**, **2514** may indicate the starting and ending time during which period calls associated with the particular profile (either on the masked list or the allowed list) may be filtered.

FIGS. **26-30** are schematic representations of a temporal incoming communication notification management app according to another exemplary embodiment. Certain elements may be similar to the above exemplary embodiments and a discussion thereof is omitted in the interest clarity. Instead, only some similar elements are discussed along with certain differences. In this exemplary embodiment, SMS and MMS messages may be masked, and temporal time periods may be managed through the use of profiles.

During a launch of the temporal incoming communication notification management app, after prompting a user for a password, a profile list screen may be displayed. FIG. **26** is a schematic representation of an exemplary profile list screen **2600**. The profile list screen **2600** may be displayed with a title bar, a profile tab **2602**, a settings tab **2603**, and a help tab **2604**. The profile list screen **2600** may include a default profile **2206**. The default profile **2206** may not be deleted. The profile list screen **2600** may include additional profiles **2208** beyond the default profile **2206**. Once a user selects either the default profile **2606** or one of the additional profiles **2208**, a corresponding main activity may start. In the main activity, a main user interface may be displayed. FIG. **27** is a schematic representation of a main user interface **2700**. The main user interface **2700** may include a title bar **2702**, a main screen **2704**, a filter logs tab **2706**, a masked list tab **2708**, and an allowed list tab **2710**. The filter logs tab **2706** may be in a selected state, and the main screen **2704** may include a masked SMS button **2712**, a masked MMS button **2713**, a masked calls button **2714**, and a display area **2716**. The title bar **2702** may include a help button **2718**.

US 8,855,723 B2

13

Upon selecting the masked SMS button **2712**, the masked MMS button **2713**, or the masked calls button **2714** for the first time, a set password activity may start. Otherwise, upon selecting the masked SMS button **2712**, the masked MMS button **2713**, or the masked calls button **2714**, a password for logs activity may start. If passwords match during the password for logs activity, a messages from database activity may be started (if the masked SMS button **2712** was selected) or a MMS from database activity may be started (if the masked MMS button **2713** was selected). In the messages from database activity and in the MMS from database activity, a masked messages screen may be displayed displaying either masked SMS messages, masked MMS messages, or both masked SMS and MMS messages. In an alternative exemplary embodiment, single messages from database activity may be used for both masked SMS and MMS messages. It should be noted that SMS messages, MMS messages, and phone calls may be temporally authorized independently of one another for a particular phone number.

As noted above, the present exemplary embodiment includes a profile tab **2602**. Upon selecting the profile tab **2602**, the profile list screen **2600** may be displayed. Upon selecting a create profile menu item (not shown), an add profile screen may be displayed. FIG. **28** is a schematic representation of an exemplary add profile screen **2800**. The add profile screen **2800** may include a name input field **2802**, a start time button **2804**, an end time button **2806**, day select buttons **2807**, an OK button **2808**, a cancel button **2810**, and a block unknown numbers select button **2812**. Start and end times and days may be displayed. When the start time button **2804** is selected, a profile start time may be entered. When the end time button **2806** is selected, a profile stop time may be entered. Certain days of the week during which the profile start and stop times (i.e., the profile) should be active may be selected using the day select buttons **2807**. A user may choose to mask unknown numbers during the profile active time by selecting the block unknown numbers select button **2812**. The principles and spirit of the invention may be implemented by providing additional screening filters. For example, calls from a certain number during a certain time period may be screened or added to the masked list. Calls during a certain time may be screened or added to the list. International calls, calls from a particular country, calls from a particular area code, or caller ID blocked calls may each be screened or added to the masked list. Similarly, texts or pictures from or linking to a particular domain or IP address may be screened or added to the masked list. A user may select the OK button **2408** to confirm the selections.

From the profile list screen **2600**, upon selecting the default profile **2606** or any additional profile **2608**, a profile settings screen may be displayed. FIG. **29** is a schematic representation of an exemplary profile settings screen **2900**. The profile settings screen **2900** may include a name field **2902**, a start time button **2904**, an end time button **2906**, day select buttons **2907**, an OK button **2908**, a cancel button **2910**, a block unknown numbers select button **2912**, and an activation button **2916**. When the activation button **2916** is selected, the profile may be activated, and filtering may occur during the specified period. Start and end times and days may be displayed. When the profile is active and during the specified times and days, text messages or calls associated with the particular profile (either on the masked list or the allowed list or unknown if applicable) may be filtered.

As noted above, the present exemplary embodiment includes a settings tab **2603**. Upon selecting the settings tab **2603**, an app settings screen may be displayed. FIG. **30** is a schematic representation of an exemplary app settings screen

14

**3000**. The app settings screen **3000** may include a with profile feature select button **3002**, a use **12**-hour format button **3004**, and a use multimedia feature button **3006**. If the with profile feature select button is selected, multiple profiles may be enabled. If the use **12**-hour format button **3004** is select button is selected, times in the app may be in a **12** hour format (as opposed to a **24** hour format). If the use multimedia feature select button **3006** is selected, then MMS messages may be filtered.

The operation of the exemplary embodiments is now described with reference to FIG. **31** which is a schematic representation of an exemplary method **3100** of a smartphone. In operation **3102**, the method **3100** may begin. In operation **3104**, indications of temporally authorized or unauthorized phone numbers may be received into a user interface of the smart phone. In operation **3106**, indications of time periods during which the temporally authorized or unauthorized phone numbers are temporally authorized or unauthorized may be received into the user interface of the smart phone. In operation **3108**, a list of temporally authorized or unauthorized phone numbers and time periods may be generated based on said received indications of temporally authorized or unauthorized phone numbers and time periods. In operation **3110**, the list of temporally authorized or unauthorized phone numbers and time periods may be stored in the memory of the smart phone.

In operation **3112**, phone, phone numbers and times of incoming phone calls and incoming text messages may be compared against the list of temporally authorized or unauthorized phone numbers and time periods. If the number of an incoming phone call or incoming text message and is temporally allowed, in operation **3114**, notification of the incoming phone call or incoming text messages may be according to a default notification routine of the smart phone. If the number of the incoming phone call or incoming text message is not temporally allowed, in operation **3116**, notification of the incoming phone call or incoming text according to the default notification routine may not occur and a notification of the incoming call or incoming text according to a password-protected masked notification routine of the smart phone may be generated. The default notification routine of the smart phone includes immediately displaying incoming phone call or incoming text message information on the display of the smart phone and adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone. The password-protected masked notification routine of the smart phone includes adding an indication of the incoming phone call or incoming text message to a password-protected phone log or message log of the smart phone and precludes immediately displaying the incoming phone call or incoming text message information on the display of the smart phone, and further does not include adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone. In operation **3118**, the method **3100** may end.

Embodiments of the present invention allow for temporal incoming communication management. Accordingly, certain incoming phone calls and text messages may not be handled according to a default notification routine of a smart phone, but may be discretely handled according to a password protected masked notification routine. This may provide a user increased privacy, and increased control over the user's time and communications. In some instances, this may eliminate a user's need for multiple phones (e.g., separate work and personal phones).

**15**

The foregoing description discloses only exemplary embodiments of the invention. Modifications of the above-disclosed embodiments of the present invention of which fall within the scope of the invention will be readily apparent to those of ordinary skill in the art. For example, although operations are described with reference to particular activities, the operations could be a part of more or fewer or different activities. Further, as noted above, the principles and spirit of the invention may be implemented using alternatives to, for example, activities. Further, specific interfaces and the like are described for clarity. For example, although the use of select buttons containing green check marks has been described, alternative selectors may be used.

Accordingly, although exemplary embodiments of the present invention have been shown and described, it would be appreciated by those skilled in the art that changes may be made in these embodiments without departing from the principles and spirit of the invention, the scope of which is defined in the claims and their equivalents.

What is claimed is:

**1**. A method of a smart phone including a processor, a memory coupled to the processor, and a display, the method comprising:

receiving into a user interface of the smart phone, indications of temporally authorized or unauthorized phone numbers;

receiving into the user interface of the smart phone, indications of time periods during which the temporally authorized or unauthorized phone numbers are temporally authorized or unauthorized;

generating a list of temporally authorized or unauthorized phone numbers and time periods based on said received indications of temporally authorized or unauthorized phone numbers and time periods;

storing the list of temporally authorized or unauthorized phone numbers and time periods in the memory of the smart phone;

comparing, using instructions executed by the processor of the smart phone, phone numbers and times of incoming phone calls and incoming text messages against the list of temporally authorized or unauthorized phone numbers and time periods;

if a number of an incoming phone call or incoming text message and is temporally allowed, allowing for notification of the incoming phone call or incoming text messages according to a default notification routine of the smart phone; and

if the number of the incoming phone call or incoming text message is not temporally allowed, not allowing for notification of the incoming phone call or incoming text according to the normal notification routine and generating a notification of the incoming call or incoming text according to a password-protected masked notification routine of the smart phone,

wherein the default notification routine of the smart phone includes immediately displaying incoming phone call or incoming text message information on the display of the smart phone and adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone, and

wherein the password-protected masked notification routine of the smart phone includes adding an indication of the incoming phone call or incoming text message to a password-protected phone log or message log of the smart phone and precludes immediately displaying the incoming phone call or incoming text message information on the display of the smart phone, and further pre-

**16**

cludes adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone.

**2**. The method of claim **1**, wherein the times of incoming phone calls and incoming text messages includes a calendar date.

**3**. The method of claim **1**, wherein a temporally authorized or unauthorized phone number is temporally authorized or unauthorized for incoming phone calls and incoming text messages independently.

**4**. The method of claim **1**, further comprising:

storing an encrypted password;

receiving an entered password; and

if the number of the incoming phone call or incoming text message is not temporally allowed, displaying the indication of the incoming phone call or incoming text message only if the encrypted password and entered password match.

**5**. The method of claim **4**, further comprising:

storing a second encrypted password;

receiving a second entered password; and

if the number of the incoming phone call or incoming text message is not temporally allowed, displaying the indication of the incoming phone call or incoming text message only if the second encrypted password and second entered password match.

**6**. The method of claim **1**, wherein the receiving operations, generating operation, storing operation, comparing operation, and allowing for notification operation are controlled by a smart phone app.

**7**. The method of claim **1**, wherein the receiving operations, generating operation, storing operation, comparing operation, and allowing for notification operation are controlled by a smart phone operating system.

**8**. The method of claim **1**, wherein the incoming text messages include SMS messages.

**9**. The method of claim **1**, wherein the incoming text messages include MMS messages.

**10**. The method of claim **1**, wherein the password-protected masked notification routine of the smartphone further precludes audible indication of the incoming phone call or incoming text message.

**11**. A non-transitory smart phone computer app having instructions that when received from memory into a processor cause the smart phone to implement a method, the method comprising:

receiving into a user interface of the smart phone, indications of temporally authorized or unauthorized phone numbers;

receiving into the user interface of the smart phone, indications of time periods during which the temporally authorized or unauthorized phone numbers are temporally authorized or unauthorized;

generating a list of temporally authorized or unauthorized phone numbers and time periods based on said received indications of temporally authorized or unauthorized phone numbers and time periods;

storing the list of temporally authorized or unauthorized phone numbers and time periods in the memory of the smart phone;

comparing, using instructions executed by the processor of the smart phone, phone numbers and times of incoming phone calls and incoming text messages against the list of temporally authorized or unauthorized phone numbers and time periods;

if a number of an incoming phone call or incoming text message and is temporally allowed, allowing for notifi-

US 8,855,723 B2

**17**

cation of the incoming phone call or incoming text messages according to a default notification routine of the smart phone; and

if the number of the incoming phone call or incoming text message is not temporally allowed, not allowing for notification of the incoming phone call or incoming text according to the normal notification routine and generating a notification of the incoming call or incoming text according to a password-protected masked notification routine of the smart phone,

wherein the default notification routine of the smart phone includes immediately displaying incoming phone call or incoming text message information on the display of the smart phone and adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone, and

wherein the password-protected masked notification routine of the smart phone includes adding an indication of the incoming phone call or incoming text message to a password-protected phone log or message log of the smart phone and precludes immediately displaying the incoming phone call or incoming text message information on the display of the smart phone, and further precludes adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone.

**12**. The app of claim **11**, wherein the times of incoming phone calls and incoming text messages includes a calendar date.

**13**. The app of claim **11**, wherein a temporally authorized or unauthorized phone number is temporally authorized or unauthorized for incoming phone calls and incoming text messages independently.

**18**

**14**. The app of claim **11**, where in the method further comprises:

storing an encrypted password;

receiving an entered password; and

if the number of the incoming phone call or incoming text message is not temporally allowed, displaying the indication of the incoming phone call or incoming text message only if the encrypted password and entered password match.

**15**. The app of claim **14**, wherein the method further comprises:

storing a second encrypted password;

receiving a second entered password; and

if the number of the incoming phone call or incoming text message is not temporally allowed, displaying the indication of the incoming phone call or incoming text message only if the second encrypted password and second entered password match.

**16**. The app of claim **11**, wherein the app is installed on the smartphone.

**17**. The app of claim **11**, wherein the app is integrated as part of an operating system of the smartphone.

**18**. The app of claim **11**, wherein the incoming text messages include SMS messages.

**19**. The app of claim **11**, wherein the incoming text messages include MMS messages.

**20**. The app of claim **11**, wherein the password-protected masked notification routine of the smartphone further precludes audible indication of the incoming phone call or incoming text message.

* * * * *

# Exhibit B

# to

# Complaint
# for Patent Infringement

# Claim Chart[1] for the '723 Patent

---

[1] Plaintiff provides this exemplary claim chart for the purposes of showing one basis of infringement of one of the Patents-in-suit by Defendant's Accused Products as defined in the Complaint.  This exemplary claim chart addresses the Accused Products broadly based on the fact that the Accused Products infringe in the same general way. Plaintiff reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case.

**CLAIM CHART**

**U.S. PATENT NO. 8,855,723 – CLAIM 1**

| Claim 1 | Corresponding Structure in Accused Systems – Apple Inc. |
|---|---|
| [1a] A method of a smart phone including a processor, a memory coupled to the processor, and a display, the method comprising: | Apple Inc. ("Apple") is a tech manufacturing company. Apple manufactures and sells a variety of devices including computers, smart watches, and the iPhone. Apple iPhones contain a memory, processor, and display. The iPhone 14 Pro is pictured below. *See* https://www.apple.com/shop/buy-iphone.  **Source:** https://store.storeimages.cdn-apple.com/4982/as-images.apple.com/is/iphone14pro-digitalmat-gallery-1-202209_GEO_US?wid=364&hei=333&fmt=png-alpha&.v=1676512691418 |
| [1b] receiving into a user interface of the smart phone, indications of temporally authorized or unauthorized phone numbers; | Apple iPhones are equipped with a Do Not Disturb mode designed to silence all calls and notifications. The user can allow some notifications while in this mode by selecting specific people or apps that they would still like to receive notifications from at all times. The following exemplifies this limitation's existence in Accused Systems: |

| | |
|---|---|
| | # Use Do Not Disturb with Focus on your iPhone or iPad<br><br>With Focus in iOS 15 and iPadOS 15 or later, you can use Do Not Disturb to silence calls, alerts, and notifications that you get while your device is locked. You can also schedule Do Not Disturb and allow calls from certain people.<br><br>When you have Do Not Disturb turned on, a crescent moon icon 🌙 appears in the status bar and on your Lock Screen.<br><br>**Source:** https://support.apple.com/en-us/HT204321 |
| [1c] receiving into the user interface of the smart phone, indications of time periods during which the temporally authorized or unauthorized phone numbers are temporally authorized or unauthorized; | Do Not Disturb mode can be scheduled to only operate at specific times. The user can enter specific times for Do Not Disturb mode to be on and it will automatically be turned on or off. Any contacts or app not set to bypass Do Not Disturb mode are temporarily unauthorized to send notifications for that time period.<br><br>The following exemplifies this limitation's existence in Accused Systems: |



**Example of Do Not Disturb scheduling in Settings**

| | |
|---|---|
| [1d] generating a list of temporally authorized or unauthorized phone numbers and time periods based on said received indications of temporally authorized or unauthorized phone numbers and time periods; | While Do Not Disturb mode is turned on it is possible to still receive notifications from specific people or applications by going into focus settings under the allow notifications section. Only the people on the allow notification list will have their notifications sent to the device while in Do Not Disturb mode.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br>If you don't want to be disturbed at a certain time, you can set a schedule and change other Do Not Disturb features to help you concentrate.<br><br>1. Go to Settings > Focus.<br>2. Tap Do Not Disturb.<br>3. You can select allowed or silenced notifications from people and apps, connect your Lock Screen or Home Screen, have this Focus turn on automatically, and add Focus filters.<br><br><br><br>**Source:** https://support.apple.com/en-us/HT204321 |

| | |
|---|---|
| [1e] storing the list of temporally authorized or unauthorized phone numbers and time periods in the memory of the smart phone; | Do Not Disturb mode can still be activated while the iPhone is disconnected from a wireless network. Therefore, the list of authorized contacts must be stored in the memory of the phone. |
| [1f] comparing, using instructions executed by the processor of the smart phone, phone numbers and times of incoming phone calls and incoming text messages against the list of temporally authorized or unauthorized phone numbers and time periods; | When the iPhone is set to Do Not Disturb mode, the processor is used to check incoming calls and notifications against the list of contacts and applications the user has authorized. If Do Not Disturb mode is on and the user is not on the pre-set authorized list, then the notification will not be displayed.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br># Use Do Not Disturb with Focus on your iPhone or iPad<br><br>With Focus in iOS 15 and iPadOS 15 or later, you can use Do Not Disturb to silence calls, alerts, and notifications that you get while your device is locked. You can also schedule Do Not Disturb and allow calls from certain people.<br><br>When you have Do Not Disturb turned on, a crescent moon icon 🌙 appears in the status bar and on your Lock Screen.<br><br>**Source:** https://support.apple.com/en-us/HT204321 |

| | |
|---|---|
| [1g] if a number of an incoming phone call or incoming text message and is temporally allowed, allowing for notification of the incoming phone call or incoming text messages according to a default notification routine of the smart phone; and | When Do Not Disturb mode is on, the user will still receive messages from authorized people and applications as they normally would.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br>If you don't want to be disturbed at a certain time, you can set a schedule and change other Do Not Disturb features to help you concentrate.<br><br>1. Go to Settings > Focus.<br><br>2. Tap Do Not Disturb.<br><br>3. You can select allowed or silenced notifications from people and apps, connect your Lock Screen or Home Screen, have this Focus turn on automatically, and add Focus filters.<br><br><br><br>**Source:** https://support.apple.com/en-us/HT204321 |

| | |
|---|---|
| [1h] if the number of the incoming phone call or incoming text message is not temporally allowed, not allowing for notification of the incoming phone call or incoming text according to the normal notification routine and generating a notification of the incoming call or incoming text according to a password-protected masked notification routine of the smart phone, | Apple iPhones come with the ability to set up a passcode. If a message is received from an unauthorized user, the message will not be shown to the user. The user will still be able to see the message in their call or message logs if the phone is unlocked. Additionally, Messages can be split up into categories such as known/unknown senders and unread messages.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br><br>**Example of the passcode screen** |

| | |
|---|---|
| [1i] wherein the default notification routine of the smart phone includes immediately displaying incoming phone call or incoming text message information on the display of the smart phone and adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone, and | When an incoming call or text is received, under default notification settings a notification is displayed to represent the call or text. Additionally, call history can be viewed in the Phone app under Recents.<br><br>The following exemplifies this limitation's existence in Accused Systems:<br><br>### Find more details about call history<br><br>When viewing Recents, tap the More Info button next to the call to view information about call length, time of call, and whether the call was incoming or outgoing.<br><br>Your carrier might have more information about deleted calls or older call history.<br><br><br><br>**Source:** https://support.apple.com/en-us/HT207729 |

| [1j] wherein the password-protected masked notification routine of the smart phone includes adding an indication of the incoming phone call or incoming text message to a password-protected phone log or message log of the smart phone and precludes immediately displaying the incoming phone call or incoming text message information on the display of the smart phone, and further precludes adding an indication of the incoming phone call or incoming text message to a default phone log or message log of the smart phone. | Apple iPhones come with the ability to set up a passcode. If a message is received from an unauthorized user, the message will not be shown to the user. The user will still be able to see the message in their call or message logs if the phone is unlocked. Additionally, Messages can be split up into categories such as known/unknown senders and unread messages.

The following exemplifies this limitation's existence in Accused Systems:



**Example of the passcode screen** |